GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
CSAA General Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HORST<br><br>        Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY and DOES 1 thorough 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive<br><br>        Defendant | Case No: 2:17-cv-01619-JCM-GWF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, PATRICIA HORST, and Defendants, CSAA GENERAL INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the

Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

It is Further Stipulated that any Trial Currently Scheduled, be Vacated.

Dated: ~~February~~ March 7, 2018

Dated: February , 2018

RANALLI ZANIEL FOWLER & MORAN, LLC

GANZ & HAUF

_____
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendant
*CSAA INSURANCE COMPANY*

_____
CARA XIDIS, ESQ.
Nevada Bar No. 11743
ADAM GANZ, ESQ.
Nevada Bar No. 6650
8950 W. Tropicana Ave. #1
Las Vegas, Nevada 89147
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

Dated: March 9, 2018.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE